UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Bruce and Kimberly Boggemes         Chapter 13

Case No.: 15-33409

Debtors.

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

    Bruce and Kimberly Boggemes have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 after service of this notice, you or your attorney must:

    File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

**Clerk of the Bankruptcy Court**
**517 E. Wisconsin Ave., Room 126**
**Milwaukee, WI 53202**

    If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

**The Fields Group Law Firm**
**2323 S. 109th Street, Suite 345**
**Milwaukee, WI 53227**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Jill M. Campo
The Fields Group Law Firm
2323 S. 109th Street, Suite 345
p-(414)763-3200
f-(414)763-3299

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is: Bruce and Kimberly Boggemes
   [x] the Debtors;
   [ ] the Chapter 13 Trustee (post-confirmation modifications only;)
   [ ] the holder of an unsecured claim (post-confirmation modifications only;)
      Name: _____

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):
   [ ] A. post-confirmation
   [x] B. pre-confirmation
      [] Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
      [x] Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)).
      The creditors affected are: General Unsecured Creditors

3. The proponent wishes to modify the Chapter 13 Plan to do the following: Debtors to retain any net tax refund.

4. The reason(s) for this modification is/are: To achieve confirmation.

5. Select A. or B.
   [ ] A. The Chapter 13 Plan confirmed or modified on _____ is modified as follows:

   [ ] B. The unconfirmed Chapter 13 Plan dated December 16, 2015 is modified as follows:

       1. Debtors to retain any net tax refund.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Jeffrey K. Fields, attorney for debtor(s) Bruce and Kimberly Boggemes, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

<u>/s/ Jeffrey K. Fields</u>                                             <u>5/06/2016</u>
Counsel for the debtor(s)                                                     Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: May 6, 2016 at Milwaukee, WI            Attorneys for the Fields Group Law Firm
                                               By: Jeffrey K. Fields
                                               State Bar No.: 1030924